Fred A. Schleifer, Winifred C. Schleifer, and Village of East Dundee, a municipal corporation, Plaintiffs, v. Leonard Besinger and Henrietta Besinger, Defendants.
Henrietta Besinger and Leonard W. Besinger, Counter-Plaintiffs and Appellants, v. Village of East Dundee, a municipal corporation, et al.

Gen. No. 11,069.

Second District, First Division.
August 14, 1957.
Released for publication August 31, 1957.

Brittain, Morgan & Brittain, and Bye, Herrick, Vette, McNeill & McElroy, for appellant; Carbary & Carbary, and Opinion by JUSTICE SPIVEY.
Not to be published in full.